**Order entered November 14, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00697-CV

**ROCKY V. EMERY, Appellant**

**V.**

**HILLTOP SECURITIES, INC., Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-03103**

## ORDER

Before the Court is appellee's November 13, 2018 unopposed motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **December 10, 2018**.

/s/     DAVID EVANS
        JUSTICE